IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON C. ROLLEN )
)
v. ) NO. 3:08-1053
) JUDGE CAMPBELL
ROBERT MOSBY, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 31), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 27) is GRANTED, and this action is DISMISSED.[2] Any other pending Motions are denied as moot.

The Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The record reflects that Plaintiff was served with a copy of the Report and Recommendation prior to December 14, 2009. Docket No. 33.

[2] The record reflects that Defendant Andrew Miller, named in the Complaint, was never served and is, therefore, not before the Court. Docket No. 12.